

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

July 8, 2021

The Honorable Andrew E. Krause
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

      Re:    <u>United States v. Carlos Rodriguez</u>, 21 Cr. 418

Dear Judge Krause:

    Defendant Carlos Rodriguez was brought before the Court today for his initial appearance on the above-referenced indictment (the "Indictment"), which charges him with 16 counts of aiding in the preparation of false and fraudulent federal income tax returns. Accordingly, the Government respectfully requests that Your Honor sign an order unsealing the Indictment.

    Thank you for your consideration.

                                                    Respectfully submitted,

                                                    AUDREY STRAUSS
                                                    United States Attorney

                          By:    *[signature]*

                                                    Jeffrey C. Coffman
                                                    Assistant United States Attorney
                                                    (914) 993-1940

SO ORDERED:

*[signature]*
_____
HON. ANDREW E. KRAUSE
United States Magistrate Judge
Southern District of New York