# JAMES KOUSOUROS
### ATTORNEY AT LAW

JAMES KOUSOUROS
FOUNDER & PRINCIPAL

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

RIKI GHOSH
SENIOR COUNSEL

EMMA J. COLE
LEGAL ASSISTANT

October 22, 2021

By ECF

The Honorable Cathy Seibel
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

> Continuance granted. Status conference adjourned to December 13, 2021 at 11:45 a.m. The Court finds time excluded between now and December 13, 2021 under the Speedy Trial Act as to enable Defendant and counsel to continue review of discovery and allow the parties to continue discussions towards resolving this matter outweigh the interests of the public and Defendant.
>
> SO ORDERED.
>
> *Cathy Seibel*
> CATHY SEIBEL, U.S.D.J.
> October 22, 2021

Re:   *United States v. Carlos Rodriguez*, 21 Cr. 418 (CS)

Dear Judge Seibel,

    This letter is respectfully submitted with the consent of the Government to request a 45-day continuance of the status conference in reference to the above-captioned matter. The Government has provided us with discovery which we are continuing to review, and the parties are having discussions concerning a resolution of this case. At this time, the Government is in the process of conducing a statistical analysis of financial issues beyond those indicated in the Complaint. This is necessary in order to resolve the loss issues in the case. We would be requesting this additional time at the conference currently scheduled for Monday, October 25, 2021.

    Additionally, the undersigned has been directed to appear personally on a homicide case in Brooklyn on October 25, 2021. The undersigned had intended to appear virtually, however, given the situation at Rikers Island, a personal appearance has been directed to facilitate contact with the client.

    We consent to the exclusion of time from speedy trial calculations as our review of the discovery and plea negotiations are continuing.

Respectfully submitted,

_____/s/_____

James Kousouros, Esq.

c.c.

Jeffrey C. Coffman
Assistant United States Attorney