# JAMES KOUSOUROS
### ATTORNEY AT LAW

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

JAMES KOUSOUROS
FOUNDER & PRINCIPAL

RIKI GHOSH
SENIOR COUNSEL

EMMA J. COLE
LEGAL ASSISTANT

November 5, 2021

<u>By ECF</u>

The Honorable Cathy Seibel
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re:   *United States v. Carlos Rodriguez*, **21 Cr. 418 (CS)**

Dear Judge Seibel,

      This letter is respectfully submitted to request the Court issue an Order permitting Carlos Rodriguez to travel to Orlando, Florida from November 9, 2021, to November 10, 2021. Mr. Rodriguez is a Marketing Director affiliated with World Financial Group and will attend a training event.

      Pretrial Services Officer Vincent Adams and United States Attorney Jeffrey Coffman have no objection to the instant travel request.

Respectfully submitted,

_____/s/_____

James Kousouros, Esq.

c.c.

Jeffrey C. Coffman
Assistant United States Attorney

Vincent Adams
Pretrial Services Officer

---

*Handwritten annotation by the Court:*

Mr. Rodriguez may travel as requested, provided he gives the particulars to his Pretrial Services Officer. But he may wish to consider whether, if there is going to be a disposition, his funds would be better saved for what I imagine will be a substantial restitution obligation. (Of course, maybe he is not guilty of anything and will have no such obligation.)

SO ORDERED.

*/s/ Cathy Seibel*
CATHY SEIBEL, U.S.D.J.

11/5/21