# JAMES KOUSOUROS
### ATTORNEY AT LAW

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

JAMES KOUSOUROS
FOUNDER & PRINCIPAL

RIKI GHOSH
SENIOR COUNSEL

EMMA J. COLE
LEGAL ASSISTANT

November 8, 2021

By ECF

The Honorable Cathy Seibel
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Mr. Rodriguez may travel to Orlando on Nov. 10-11, 2021, provided he gives the particulars to his Pretrial Services officer.

SO ORDERED.

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.

11/8/21

Re:    *United States v. Carlos Rodriguez*, 21 Cr. 418 (CS)

Dear Judge Seibel,

      This letter is respectfully submitted to request the Court issue an Order amending the travel dates permitting Carlos Rodriguez to travel to Orlando, Florida. We respectfully request that the Court issue an Order permitting Mr. Rodriguez to travel to Orlando, Florida from November 10, 2021, to November 11, 2021.

      Pretrial Services Officer Vincent Adams and United States Attorney Jeffrey Coffman have no objection to the instant request.

Respectfully submitted,

_____/s/_____

James Kousouros, Esq.

c.c.

Jeffrey C. Coffman
Assistant United States Attorney

Vincent Adams
Pretrial Services Officer