# JAMES KOUSOUROS
### ATTORNEY AT LAW

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

JAMES KOUSOUROS
FOUNDER & PRINCIPAL

RIKI GHOSH
SENIOR COUNSEL

EMMA J. COLE
LEGAL ASSISTANT

December 27, 2021

By ECF

The Honorable Cathy Seibel
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

    Re:    *United States v. Carlos Rodriguez*, 21 Cr. 418 (CS)

Dear Judge Seibel,

    This letter is respectfully submitted to request the Court issue an Order permitting Carlos Rodriguez to travel to Orlando, Florida from January 6, 2022, to January 10, 2022, so that he may attend the Wealth Bowl, 2022 – an annual world financial group convention in reference to his insurance business.

    Pretrial Services Officer Vincent Adams and United States Attorney Jeffrey Coffman have no objection to the instant travel request provided Mr. Rodriguez provide his travel itinerary including his flight and hotel reservations to Pretrial Services prior to his departure.

                                    Respectfully submitted,

                                    _____/s/_____

                                    James Kousouros, Esq.

c.c.

Jeffrey C. Coffman
Assistant United States Attorney

Vincent Adams
Pretrial Services Officer

SO ORDERED.

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.

12/28/21

Mr. Rodriguez may travel as requested, provided he gives the particulars to his Pretrial Services Officer. But if the parties are discussing a disposition, as they represented, and if it would involve restitution, as I imagine it would, Mr. Rodriguez should consider whether his funds would be better saved for that purpose. He may be rationalizing that this convention will enable him to earn more to pay restitution, but he should think about whether that is realistic. (Of course, if he is not guilty of anything, he will have no restitution obligation.)