## JAMES KOUSOUROS
*ATTORNEY AT LAW*

JAMES KOUSOUROS
FOUNDER & PRINCIPAL

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

EMMA J. COLE
LEGAL ASSISTANT

November 11, 2025

By ECF

The Honorable Cathy Seibel
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re:    *United States v. Carlos Rodriguez*, 21 Cr. 418 (CS)

Dear Judge Seibel:

This letter is respectfully submitted to request that the Court issue an Order (1) permitting Carlos Rodriguez to travel to Florida for employment purposes from November 6, 2025 through November 9, 2025 and (2) amend the conditions of Mr. Rodriguez's release to permit him to travel within the U.S. for employment purposes upon advance notice to and approval by Pretrial Services as opposed to seeking a Court Order.

Pretrial Services Officer Shannon Finneran has no objection to either request on the condition that Mr. Rodriguez provide proof of employment/employed related travel information and travel itinerary in advance of any employment related travel.

Assistant United States Attorney Jeffrey Coffman consents to each request.

Thank you for your consideration.

Respectfully submitted,

*/s/ James Kousouros*
James Kousouros, Esq.

c.c.

Jeffrey C. Coffman
Assistant United States Attorney

Shannon Finneran
Pretrial Services Officer

Both requests are approved, on the conditions set forth by Office Finneran.

SO ORDERED.

CATHY SEIBEL, U.S.D.J.

11/5/25